Andrew Walton First Reason Publix

Plantiff VS Supermkts
Awsley Mall

Tony Roberts

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 02 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Grocery Mgr Atlanta, GA.

Case Number c/o Publix
P.o. Box 407
Lake/Aand, FL

1: 11-cv-02766 CAP

Michele Shultz, J.C. Hiovasi
Store Mgr assisant Mgr

TEEWA Edward (Assisant CSM
Customer service MeKa Duloch)
Mgr

Heda (Alexis Headril)
Customer Customer team
service xeader
staff

United States Disteit
Court Atlanta, GA.

complaint shall have the following se   . First, he **SHALL** identify the parties in his lawsuit, the case number, and w'   r he seeks a jury trial.  Second, Plaintiff's amended complaint **SHALL** contai   ntroduction in which Plaintiff explains why he is bringing this lawsuit. For inst   , he may explain that he has suffered from age discrimination and retaliation in vi   on of the ADEA.  Third, Plaintiff **SHALL** list the employment decisions that he is complaining about, the dates that these decisions were made, and why he believes that these decisions were based on his age and/or in retaliation for filing his August 11, 2011, EEOC charge of discrimination.  In providing this information, Plaintiff **SHALL** follow the instructions above about pleading his age discrimination and retaliation claims.  Fourth, Plaintiff's amended complaint **SHALL** list what he seeks to recover from Publix.  Fifth, Plaintiff **SHALL** sign and date his complaint as well as provide his current address and telephone number beneath his signature.  Finally, after providing the above information, Plaintiff **SHALL** attach exhibits that he believes are relevant to his complaint, which may include his EEOC charge and his right to sue letter.

Third, Plaintiff **SHALL** provide page numbers for his amended complaint.

8

First: 1:11—cv—02766 CAA

(Michele Shultz)
Store Mgr

J. C. Kiousor
assisant
Store
Mgr

Teena Edwards
Customer service
Mgr

Melk
Duloch
assisant
Customer
service
mgr

Alexis Hendul
Customer team
Leader

Freda
Customer service
staff

Walton, selects A Jury trial
Because he feels his chances
are Better of winning
the case, and being awarded
to win                              as needed
Andre Walton
8/30/11

I Walton is bringing this Lawsuit before the court because I've been Harresed accused of bodly odor, TEENA Edwards, customer service mgr. J.C. Kidwsai Assisant store Mgr. Michele Shultz mgr. by another jcustomer too much cologne all over the store, suspensions for no doing! wrong seat Home Lost of pay!! Emory Midtown Hospital Examined walton No No body abnormality, Falsely Accused about Jerking a baby Cart!!! Aleka Duloch assisant customer service mgr And call stupid front of customers, and accusing of staring by Alexis Hendrix at customers by freda customer service staff

Second Reason !!!

3rd Tony Roberts, Grocery Mgr
Man Complains about odor
and told me to buy some
cologne and deordant
And the Result from store
Mgr Shultz Lost O7
Pay & Suspensions and
Teena Edwards don't
come UP ON Me
Quote Edwards, also
Edwards staff members
Lie to State GOL about
Lack O7 Hours, Because I
WAS going to School

Second.  1:17-CV-02766-CAP

Walton suffered from age discrimination and retaliation in Violation on the A.DEA.

Walton was accused by Shultz about Mildew odor, then Secondly Walton was accused by Edwards body odor we can't keep you working like this, thirdly, EEOC Complaint toward Edwards, Fourth too much cologne, Suspension Resulted In Lost of Wages, dispiked Roberts Instructed Him to, Grocery mgr, Walton is treated differently than others, more productive, more efficient etc, work less, thanks to George Dept 07 Labor

## Second Reason

Walton, feels he has suffered unfairness, suspensions, Hostility, Poor elevations, despite being the best productive & Efficient worker in his dept, Walton gets treated differently than Go ONE! NO accurate credibility, During Your elevations) you fail to Improve Find some one else, ((Corp. James Zants (H-R) you fail, to go out the way Walton try to be the best Employee in his Dept., I believe Because of Age, Because Most of them or younger, they work Less, Less productive, and get treated better, I worked Every Minute ON the Clock," Georgia Dept of Labor Can witness that on North Druid Hills Atlanta, 1:14-cv-02766 CAP

Additional Second, Walton has
had and Currently two EEOC,
Charges and one EEOC
Complaint at Ansley Mall
of Publix supermkts, Under
My Recollections Under Title
VII civil Rights act of
1964, No person should not be
discriminate because of Race
age, creed or National orgin,
Walton believe he has been
discriminate because of age

For Examples: CSM teena

① Edwards Excused me, tell
the customer excued me

② Dont tell the customer about Age

③ Never tell the customer its Hot

④ Fail to Improve, Fail to go out the

E/vutions
James Fout
H.R.

1:11-cv-02766 cap "Fail" For customers

to another, Also walton
Recollect we got our
divendend check the
SAme day walton was
treated Unfairly!! June 2011
by todd,
Bottom line, walton Customer serv
Dept
has experience Unfairness,
Treated wronging For NO
Reason, Fable accusations
Suspensions, Hostile envir
onment, Walton deserves
some Kind of Belief
Walton has to Rolled up His
Sleeves, 2011 Walton cant over attend vs
cants
August 10, Michele Shultz
suspended Walton verbally of
Having too much cologne, with the
Result Lost wages, and Doing
1:11-cv-02766 cap nothing wrong!!

Corp: acknowledge these
statements - James Faats
PublixSupermkts March 2011
P.O. Box
Lakeland, FL, also the
store Brohabaveen!! CSM
Lydale, denied Walton transfer
Att Peach 282, store mgr Stan
Miller acknowledge!!!
Under two mgrs, Shultz
& Barkowski, Walton has been
false accused of Body odor
by J.C. Kousai, hersay by another
customers Toco Hills of North
Druid Hills Walton has been
denied a transfer, or promotions,
Walton transfer from Olgethrope
in 2007!! with an EEOC
charge!!.
Aug. 16, 2011
pendrng!!
1:11-CV-02766
CASE: CAP
NO;

Walton is probably the
most productive worker
in that Dept, Edwards
Repeatly have asked walton
try to get a transfer, walton
has made efforts but
both denials, Peach, &
New Brohaven or Chamblee
& toco Hills) Walton has verbally been
accused by Shultz store
mgr about being sensitive
to customers, you'll be
sent Home!!

Aug. 16, Grady Memorial
Hospital, class Room Distrator
acknowlege unfairness from his
employer, the Endiscopic
class

1:11-cv-02766 CAP

(Additional) (Second)

the State

Georgia Dept. Of Labor
Observed & acknowledge
Unfairness toward
Walton, Walton Went
through the process,
And pull away After
Investigato/His Employee, told them
Filler/that Due to Walton's Publix supermart
Lack of HRS, Because
He was going to
school. Walton
For Fedfed June 7, 07 north Droid Hills Athletic
2011 Appeal, Walton
didn't Want to Move
d. Forward  1:11-Cv-02766
CAP

Second Reason

Aug, 18, 2011

Walton acknowledge TAmmy taylor of H.R. Fw Orlando, FL, 1-407-856-2301 About the Filing and About store Mgr Shultz (incident) Walton also acknowledge Shultz about the court Filing & She didn't give a damn What I think about odor, When we & Her stood before Judge, then she Shultz Let Walton Return to work!;
1;11-CV-02766 CAP

(Seond Reason)

The Reason ~~additional~~ Walton Brought
Forth Retaliation to the
EEOC Investigator Green,
And to the Court, After
the Charge was brought to
the store, a week later, on Aug.
10, 2011 Walton had Requested
a certain schedule for Endiscope
Walton didn't get it so he
Went alone with Edwards,
so the same day!! he went to
Endiscope, J.C. Kiousai, falsely
Accused of body odor by Hearsay
from another customer, and Later
sent Home!! Lost of pay by shuttz
1:11-CV-02766 CCp

(i11-CV-02766-CAP)

Edwards (CSM) Falsely accused
Walton of Body odor, the same
day) Customers denied) Aug, 3 2011

J.C. Kiousai (tue) Aug.16, 2011
Falsely accused Walton of body
Odor Hearsay from Another
Customer       Aug. 16-2011

Public opinions
(Resurgency police Station) 911
Pharmacy tech        (Result)
       Moise of target  211
Police officer (Alexander) opinion
on Body Odor (Civil issues)
citizen Convalescent Transfer try
              Home  no odor

Walton third Reason

is Complaing about
Poor elevations, Since 3/20/11
Michele Shultz & TEENA Edwards
store mgr                    customer service mgr
Feb 2011   Aug. 2011
Edwards & Shultz         TENURE
At Ansley Mall (Shultz Store mgr)

Elevations is based on your
Work performances keeping your
Job, keeping your apparel neat
& Clean, Pay Raises etc, also about
body Odor by Edwards Aug. 3 2011 Mildew
by Shultz, Walton JULY 26, 2011 havent Recvd
but good
Raised in two yrs
elvations, from other dept. Heads. also acknowledge
Walton about Court Filing & tammy
Shultz about Human Resources or
taylor or   that she didat
ORLando, FL, what I think, when
give A damn   seative to customers
you being   1 Aug. 17, 2011

When you and Her Stand
In front of Judge!! Quote
Shultz Mgr!! Ansley
Walton has get treated (different
than others and
from his apparel, Walton
had to wear dress 4/20/11
shoes, Walton has to Make
sure is Uniform are Professional
Clean!!! Walton cant Bagged
Groceries with two people) bagging a read!
Walton gets treated different the
any one in His dept. with
the exception of Robert Brown
Front service Clerk 530 57 (age)
Robert Brown get treated better!!
along with the younger co/workers
age and !!! less productive
- CU-02766 (AP)

Walton get treated                    ②
Worse!!

DOL-442B1(R-08/09)
NM2006

# GEORGIA DEPARTMENT OF LABOR
## CLAIMS EXAMINER'S DETERMINATION

*Third Reason*
*Belief*
*07 Age*

SSN __***-**-8679__

BYB __04/01/11__

CWB __04/24/11__

CAREER CENTER
3400                    7000
NORTH METRO
2943 NORTH DRUID HILLS RD
ATLANTA, GEORGIA 30329
FAX # (404) 679-1713

| CLAIMANT | EMPLOYER |
|---|---|
| ANDREW WALTON<br>PO BOX 14625<br>ATLANTA     GA   30324 | PUBLIX SUPER MARKETS<br>ATTN: PERSONNEL DEPARTMENT<br>P O BOX 407<br>LAKELAND   FL   33802 |

### SECTION I - CLAIM DETERMINATION

Not eligible as of 04/24/11.

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-47 of the Employment Security law explains the term "unemployment." You are unemployed during a week if you do not perform any work. If you work less than full time during a week, you can also be considered "unemployed." Your earnings over $50.00 are subtracted from your weekly benefit amount. If any of your weekly benefit amount remains, you are considered unemployed. If you work on commission only, you are considered employed full time regardless of hours.

### SECTION III - REASONING

Your employer hired you to work part-time. Your entire claim is based on wages from this employer. You are still working part-time as agreed. Therefore, you are not unemployed. Since you are not unemployed, you cannot draw unemployment benefits. If you separate from your job later, you may reapply for benefits.

*(Ed Wards (SM) and her staff*
*Members, told Investigator filler, BOL Reparate*
*that the reason he was had a Lack of)*

### SECTION IV - ACCOUNT CHARGEABILITY

**NOTICE TO EMPLOYER:**

*(Hours, Because of School) Walton Exhibit*
*repeated (unfair) by Harrison, Court*

### SECTION V - APPEAL RIGHTS

**NOTE:** This determination will become final unless you file an appeal on or before 06/03/11. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. Refer to the Claimant Handbook booklet or contact an office of the Georgia Department of Labor for more details.

| Georgia Department of Labor | 05/10/11 | 05/19/11 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

Walton has Made Efforts
to Transfer

CSM → Damien James
Assist CSM - Lakesha Fox Faust
publix acknowledge
P.O. Box

1) Brohueen Store

2) TOCO Hills Publix Atlanta GA.
Post Change Mgmt.
Linder, Walker heads Publix

3) Peach Credit Keene 1-863-688-
e-Mail Lyndale 1188
1. 1F CV-02766 Cap

4) SUSAN Faith associated
Relations specialists has
acknowledge Walton's Report
about transfer In the past

③

(Fred A) (Wednesday) July 2011, ~~TEENA~~ Want you to clean Restrooms, Walton acknowledge (Have you did them yet) Rochelle Former Employee acknowledge, she's waiting she waiting!!!! ~~July 8,~~ 2011)

July 20, 2011

In Front of Several (customers, (Freda Customer Service staff) Accused Walton of Starring at other customers, Michele Store mgr, acknowledge!! Her MAN is Bagger!!!! March 2011, Alexis Hendrix IN ① Front of 2 customers, she called Walton Rapidliy stupid IN change place from one check stand

**PUBLIX SUPER MARKETS, INC.**
Corporate Office
P.O. Box 407
Lakeland, Florida 33802-0407
863.688.1188
publix.com

**Publix.**

1,11-CV-02766-CAP

Dear Associate,

Maintaining food safety isn't only good for our personal health, our customers expect it from us. And, it isn't just one department's or one person's responsibility. It takes each of us being knowledgeable and aware of food safety procedures to maintain safe, high-quality food for ourselves and our customers.

As we enter National Food Safety Education Month, it's an important reminder to follow food safety rules and regulations and apply them at work and practice them at home. Keep in mind safe food handling isn't just important in September; we should maintain a safe food handling environment every day.

Did you know our cut fruit comes from whole melons that are chilled overnight to lower temperatures? And once the fruit is cut, it's chilled again. Even before being sent to Publix, the fruit is washed after harvest so we receive clean, high-quality produce. These are important factors in maintaining food safety in products such as the Publix Fruit Salad I'm giving you with this month's coupon.

These are just a couple things Publix does to keep food safe in our produce departments. It's up to you to practice food safety procedures at work and at home. When you know you've handled food safely, you can be confident about what you're eating, and our customers will be too.

Thanks for all you do.

Todd Jones, President

(Shultz Mar)!!!
(While Pushing the broom)
Shultz Said, I dont
Want Know body
Making More Money
than Me ??? Cologne
all over the stores, according to
Shultz
1:11-cv-02766 CAP

(13)
Shultz Quote, Want NO
Dept Head talke you
At any store; Aug 10,2011

thirdly of Additional

(Elevations) (Corp) March 2011
 False           has
                 copies James
(Apparel)              7 Auets
 False                 P.a Box 407
                       Lakeland FL
(dress (Shoes))   vs others don't
        (Shine)
Retaliation Wasn't Filed
With EEOC, Corp hadn't
Received it!!   Aug.11, 2011
my observations after charge
WAS Filed on Aug. 11, 2011,
with the EEOC.  J.C, Kiousai
                assistant mgr
& Chewele Visitation  and Later
Jackson Csm Ponce(deion) of public body odor
accused Walton 02 customer!!
HEARSAY by another
this happen Aug. 16, 2011, Edwards
the Day my E&discope.
denied Walton, Request 16, 2011 ④
                    1:11-cv-02766 CAP

Walton Lost Wages Aug. 16, 2011   li'l1-cv-02766cap
Body odor J.C. Kiowas

(Apparel) Dress Shoes
(Shine) and pants be 4/20/11 7guts
Neatly CUZZ VS other H-R corp
co/workers It's different NO cell
4/10/11 the (folded up) phones VS
COURT Exhibit) others CAN
CSM

(Aug. 3)-2011 Teena Edwards
About 11pm Wednesday, Andrew
You smell, Didn't Michele
talk to you about Mildew) (damp
we can't Keep you working
like this) (no write up) Verbally

(Aug. 9) Tuesday 2011 (MeKA) accused Walton
Of having my shirt open) customers
Walton went alone with it also
Jerking a baby Cartia! It
Kinda Trouble me! Because I Know
I'm a better person!? ⑤

What 3rd Man Roberts
told Him to do!!
all over the store, Cologne
Walton was Pushing the
'broom!! (Aug. 10, 2011)

Ansley / publix @ JUst
Brought IN a New
Front service clerk!!
50 to 60 yrs Abdd'
8/28/11                Ol'cd

(Walton is the oldest)
Front service clerk
with the exception
BROWN Outside,
lecsell   James
Steven Front service      Stevb
Clerk, Quote, y'all can't Elevations
get along, Reference Shutte
but Realistic edwards077
(& on) you aint doing it (6)
Quote edwards, after March
Quote  Hardest worker at both Locations   elevation

# Fourth Reason!!

"Walton seeks a transfer from Ansley along with Publix #07 Atlanta, #64 Cash) (or a total settlement for Retirement From Ansley Publix

Pbiny Suffering! Hostile Environment & Harassment

Case Number I, 11-CU-02766
I, CAP

Andre Walton
8/31/11

(8)

(Fifth) Reason

Andrew Walton
P. O. Box 14625
Atlanta, GA
30324

404-398-2063

Andrew Walton 8/28/11

1: 11-CV-02766
CAP

(9)

Despite being the same age As Robert Brown or a year younger, Walton simply cannot do what he does At work, the younger co. workers Hardest & most productive Worker, Questions, 2 eeoc At Ansley Mall Charges & one eeoc complaint two or three state updates with the Co A. Dept of Labor, Mostly Went to corporative office, I simply Emphasizes to James Faults before all this happens We got Suspensions, Lost wages, EEOC.Charge, Court Filing, etc, Walton needs Relief." (14)

Publix Super Market Inc.
Corporate Office (1-863-688-1188)
P.O. Box 407
Lakeland, FL, 33802-0407
Tammy taylor, Orlando, FL 1-407-856-2307

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Mr. Andrew Walton<br>P. O. Box 14528<br>Atlanta, GA 30329 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Lucille Greene,** | |
| **410-2011-05081** | **Investigator** | **(404) 562-6861** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Bernice Williams-Kimbrough,**
**District Director**

**AUG 17 2011**

*(Date Mailed)*

Enclosures(s)

cc:   **PUBLIX SUPER MARKETS**
P. O. Box 407
Lakeland, FL 33802

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **410-2011-05081** |
| | and EEOC |

_State or local Agency, if any_

| Name _(indicate Mr., Ms., Mrs.)_ | Home Phone _(Incl. Area Code)_ | Date of Birth |
|---|---|---|
| **Andrew Walton** | **(770) 473-9502** | **10-19-1958** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **P. O. Box 14528, Atlanta, Georgia 30324** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. _(Include Area Code)_ |
|---|---|---|
| **PUBLIX SUPERMARKETS** | **500 or More** | **(404) 898-1850** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1544 Piedmont Rd, Atlanta, GA 30394** | | |

| Name | No. Employees, Members | Phone No. _(Include Area Code)_ |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON _(Check appropriate box(es) )_

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER _(Specify)_

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **04-26-2011** | **08-10-2011** |

☐ CONTINUING ACTION

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s))_

I began working for the above employer in October 2006, as a Bagger. My present position is Front End Clerk. I am being subjected to different terms and conditions of employment than my younger co-workers. On April 26, 2011, I received a written counseling regarding my appearance and personal hygiene. On August 10, 2011, I was suspended for three days.

Michelle Schultz, Store Manager, told me I was being suspended because I had on too much cologne.

I believe that I have been discriminated against because of my age (52), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Aug 11, 2011** _____ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE _(month, day, year)_ |
| _Date_     _Charging Party Signature_ | |



1:11-CV-02766 CAP

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 0 2 2011

JAMES N. HATTEN. Clerk
By: _____ Deputy Clerk

Andrew Walton

VS

(Publix super mkt)

Under title VIII, Walton
also would like to
have an attorney please
I qualified and its
Jurisdictions

29 U.S.C. § 621 *et seq.* ("ADEA"), because he was harassed, suspended, and the recipient of poor evaluations. The Court first resolves Plaintiff's IFP application before examining Plaintiff's complaint.

### *In Forma Pauperis Application*

Plaintiff's application to proceed *in forma pauperis* asserts that Plaintiff is currently employed and is earning approximately $800 per month. Plaintiff's spouse is unemployed, and Plaintiff indicates that she is a housewife. The couple has multiple checking accounts with a total balance of $29.50. Plaintiff and his wife do not own any major assets such as a home or a car, but they have life insurance policies. They have $710 in monthly expenses as follows: $600 for rent; $10 for utilities; and $100 for food. Plaintiff adds that he has been seeking full time work (presumably with Publix), but he has been denied a transfer or promotion for the past five years. *with the exception of Publix*

The Court "may authorize the commencement . . . of any suit, action, or proceeding . . . without payment of fees and costs or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner[2] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C.

---

[2]    Although Congress used the word "prisoner" here, Section 1915 applies to non-prisoner indigent litigants as well as prisoners. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004).

*[handwritten annotations]*

A. Walton Has been Employer
with Publix supermkts
For almost 5yrs. He Started
His Career At Oleqthope in
Dunwoody Oct.21, 2006
And Later Transfer to Ansley
Mall after an EEOC Charge
He has been denied a transfer
From ansley and a promotion
Publix
to full time status, Despite
having an EEOC Charge pending At
Olgethroke Ea, Dinwoody GA
1:11-CV-02766-CAP
& Later Transfer
to ansley Mull or
Publix supermkts

Witness "Result of Body
Odor - False accusation."
(Civil Issues) Alexander
Tim to get A Transfer!! Police Officer
Moise - Pharmacy tech
(Citizen) Convalacent
Home

E Mory Midtown
Hospital No body
abnormility

Grady Memorial
Hospital.
Class Room
acknowledge
Unfairness

1:11-cv-02766-Cap

Case 1:11-cv-02766-CAP

Walton
VS
Publix!!

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 0 2 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

U.S District Court

NINA Gaines has acknowledge
Most of these statements
Past of present associate
Relation at store
599 Ansley Mall
Atlanta, GA.

It is not clear, however, about what specific actions he complains.[4] As a result, Plaintiff **SHALL** clearly identify in his amended complaint the employment decisions that he is complaining about and the dates that these decisions were made.

Plaintiff states that he suffered age discrimination, but he does not explain why he believes that these employment decisions were made because of his age.[5] As a result, Plaintiff **SHALL** explain why he believes each employment decision was made because of his age.

*B.   Retaliation*

Plaintiff also appears to bring retaliation claims based on his filing of the August 11, 2011, EEOC charge.[6] (*See* Complaint in Doc. 1-1 at 18). It is unclear,

---

[4]     Plaintiff's EEOC charge identifies only two employment decisions: (1) an April 26, 2011, written counseling; and (2) an August 10, 2011, three-day suspension. It is not clear, however, if Plaintiff's civil action seeks to raise additional employment discrimination claims based on other employment decisions. As a result, the Court seeks clarification from Plaintiff.

[5]     His EEOC charge, which is attached to the complaint, generally states that he was "subjected to different terms and conditions of employment than [his] younger co-workers," and that he "believe[s] that [he has] been discriminated against because of [his] age."

[6]     Plaintiff's EEOC charge did not raise retaliation claims. Ordinarily, a plaintiff must exhaust his administrative remedies before bringing ADEA retaliation claims. *See Bost v. Federal Express Corp.*, 372 F.3d 1233, 1238 (11th Cir. 2004); *Dowlatpanah v. Wellstar Douglas Hosp.*, No. 1:05-cv-2752-WSD-RGV, 2006 WL

6

A) Plantiff believes he suffered
outside, Honesty
Age discrimination because
of Age, the reason I believe
Morer is expected from me,
Walton is Morer productive
than younger peers Other than
the exception of Robert Brown
53 or 54 age Walton gets treated
Worse than others as he explain
to EEOC complaint Walton
Cannot do things, like others
Can do!! Walton can't stand
Around, Walton can't play with
others Co/Workers, Walton can't
Weer work Shoes, Walton can't dress
Like others! Walton Cant Bag
With two people At Check Stand

(Case 1:11-cv-02766 cap)
Walton dont take Breake
un less off the Clock!!

⑧ (Retaliation) Walton Believe
Retaliation came twice
From (SCHULTZ) suspension
and (J.C. Kiousai) body odor,
Shultz & Edwards) had
Knowledge of EEOC
Complaint then Aug 3, 2011
2011 then the Aug 11, 2011
It turn into a charge!!! less
than a week Aug 16, 2011
J.C. has twice accused
Walton of Body odor
by Another Customer assisant
before MGr. My Observance
Please!!! (Shultz & Barkowski)
Both Mgrs of Publix!!!

Case 1: 11-CV-02766-Cap

FILED IN CLERKS OFFICE
U.S.D.C. Atlanta

SEP 0 2 2011

JAMES ___ ___ ___, Clerk
By: ___
Deputy Clerk

Andrew Walton

VS

(Publix Super Mkts)

1:11-CV-02766 CAP

W alton is Requested
an attorney Please, under
Title VII (of 1964) (I > proven)
(50-60yrs — Brought In 8/28/11 abd.)
with the exception) of
Robert Brown 53, But SGT Walton
Treated Worse than Him &
Younger CO/Workers", Despite
being more productive"
& intuitive    8/31/11 A.Walton



*new copy*
*50/60*
*years*
*A ask:*
*8/28/11*

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

*(Exception)*

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**
*Walton most productive some Robert Brown*

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

*Certain forms*

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:** *(find out)*

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

*Walton Request*

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** <u>within 6 months</u> **of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

however, what employment decisions Plaintiff believes were made in retaliation for the EEOC charge. As a result, Plaintiff **SHALL** (1) identify the specific employment decisions that he believes were made in retaliation for filing the August 4, 2011, EEOC charge, (2) identify the dates that these employment decisions were made, (3) identify the individual who made the employment decisions, and (4) explain why this decisionmaker knew about Plaintiff's EEOC charge of discrimination.

### C.    General Matters

Besides these pleading deficiencies, Plaintiff's complaint complains other problems that must be remedied. First, his complaint provides documents listing his Social Security number. Plaintiff **SHALL** erase his Social Security number from any document that he files with his amended complaint.

Second, Plaintiff's complaint is difficult to read. If possible, Plaintiff should type his complaint instead of handwriting it. If Plaintiff does not have access to a computer, he **SHALL** clearly handwrite the allegations in his complaint. This

4093123, *11 n.12 (N.D. Ga. Dec. 5, 2006), *adopted by* 2007 WL 639875 (N.D. Ga. Feb 26, 2007). However, a party need not file another EEOC charge where he alleges retaliation as a result of the filing of an EEOC charge. *See Baker v. Buckeye Cellulose Corp.*, 856 F.2d 167, 168-69 (11th Cir. 1988) (citing *Gupta v. E. Texas State Univ.*, 654 F.2d 411 (5th Cir. Unit A Aug. 1981)). *But see Bennett v. Chatham County Sheriff Dep't*, 315 Fed. Appx. 152, 162 n.7 (11th Cir. Nov. 4, 2008) (indicating that *National Railroad Passenger Corp. v. Morgan*, 536 U.S. 101 (2002) may have altered this rule).

AO 72A
(Rev.8/8
o)

1:11-CV-02760-CAP

Identify the dates that these
Employment (decisions)
March 2011 (Poor elevators)
(Miss Edward) Fail to Improve
CSM Fail to go out
disputed the way!!
Reference. James facts → H.R.
P.O. Box 407 Probably the
Lakeland, FL. Most productive
most serve
clerk in the
Dept.
April
Unfair (Shoes Shiwes)
Professional cuffs) VS others
don't 4/20/11
(Retalilions) (Body odor) Edwards
Walton
Tony Roberts (Body odor) Colgne
Walton
Body odor acknowledge by Shultz
but prosented by her assisaat.
Hidusai Store Mgr, She couldnt
Accept, Sent Home
2011 7 complaints weekly (Invalid)
Aug. 10, (Wont no body else take you) Tawster
quote Shultz

1:11-CV-02766-CAP

(1) Identify the Individual
Who Made the Employment
decisions) (J.C. Kiousai) assistant
store mgr accused Walton
of Ansley Publix Body odor
Under two Mgrs past &
with
Current, Barkowski & Shultz
Ponce de leon
by Another Customer"
Michele Shultz, Mildew odor)
Teena Edwards' Body odor
Resulted EEOC complaint)
Michele Shultz Suspensions) too
Much Cologne, Walton apologized
to the Court, He donot have
the skills for typewriter, or
computer skills
1:11-CV-02766
CAP

(Steps) I Dont wAnt no body Making more money than Me!!(Shultz) pushing broom quick

Employment decision Mckay & Retalitions

(2.) Aug. 10, 2011 Michele Shultz Store Mgr. told me While I was pushing the broom I smell cologne all over the store, (Customers Complaining) Later Suspended) Lost wages Verbally 3 days Including N/A (Witness heard & departed) Rene, customer team leader Joe, customer service staff Miko customer service staff

(3) Hearsay From her Shultz mgr. store mgr. J.C. Kiousri assistant about body odor by another customer, Lost wages sent home Aug. 16, 2011.

(4.) Michele was on charge At the time was accused of body odor by J.C. Kiousri, Hearsay by Another Customer 1: 11-CU-02766 Cap

(X) (You 'm      e an escort to stay with you during the test procedure)

# COLONOSCOPY INSTRUCTIONS

*( You m    are an escort to stay with you during the test/procedure )*

**Your a**
**Date:** _____ **Day:** Friday **Time:** 08³⁰ **Arrive:** 8°⁰
**Floor:** 2-D GI Clinic    **Phone number:** _404-616-4358_

## What is a colonoscopy?

This is an examination of your lower bowel. The doctor will perform a rectal examination with his/her finger. Then he/she will insert a lighted tube like instrument in the rectum to transmit picture images of you entire colon on the television screen in order to inspect for diseases at the time of procedure, the physician may take biopsies of abnormal tissue of remove polyps (growths that may be a sign of cancer). The results obtained from this examination are highly dependant on your bowel being carefully cleansed and empty. An improperly prepared bowel may mean that the exam will have to be rescheduled .nother time. More importantly, stool left in your bowel can hide important conditions that may be present.

## To Prepare for the exam you need to:    *Last Dose:* _____

Stop all iron medication, aspirin, Motrin, Ibuprofen, Plavix, anti- platelets, and Metamucil or bulk forming agents at least **7 days** before the examination. You should continue all other medication unless the doctor tells you otherwise.
**Stop Coumadin 5 days before the exam.** _____

## The Day Before The Procedure:    **Day:** _____ **Date:** _____

You should drink only clear liquids through out the entire day, like:

- water
- apple and white grape juice
- 7UP, Sprite, Gingerale
- broth (chicken, beef, vegetable)
- tea
- Jello (except no RED or GRAPE)
- lemonade
- popsicles (except no RED or GRAPE)

**NO SOLID FOODS, NO MILK, NO COFFEE, NO RED OR GRAPE PRODUCTS.**

At 4:00pm the day before your test, begin drinking the Golytely solution until the whole gallon jug is empty. You should be finished with all the Golytely by 8:00pm. Throughout the rest of the evening, you can continue the clear liquid diet. Do not drink anything after 12 o'clock midnight.

**If you are Diabetic:** The day before your procedure, you should drink only **REGULAR drinks. NO DIET DRINKS.** Take only half (1/2) of your normal dose of diabetic medication (insulin or tablets) and check you blood sugars more frequently. **Do not take your diabetic medication on the day of your procedure.**

**If you are on Coumadin (Warfarin):** Go to the Coumadin Clinic, the morning of your procedure to have an INR drawn. Bring INR results to the GI Clinic.

**Take your blood pressure or heart medicine with a small sip of water, the day of your procedure.**

Revised 12/08

**Follow Up With:** **Where:** **When:**
Follow up with primary care In 3 days 8/22/2011
provider

**Comments:**

8/19/2011 @ 4AM

Patient was evaluated
@ Emory University Hospital Midtown ER.
and No body odor or abnormalities
Noted. This is not consider a
medical problem. WGoodA NRe

Tammy taylor 1-407-856-2301
H-R. Orlando, FL (James Fauts)
(James Fauts) Walton
Prior & after Foresee
suspensions) State appeal
advisor decision
Green (Post Investigator After staff Meet
EEOC Lie and said
I was going
to school
Mrs Tiller
You got Body odor Quote) Falsely
(SM) Teena Edwards) accused
FL Kinson Falsely accused body odor
by two mgrs, Shultze & Barkowski)
by other Costomes, ! SU speeded & set Home
Corcoy mgr

Tony Roberts) Falsely Lead to
accused ) Lawe Suit

1:11-CV-02766-CAP

Walton
VS
Publix

United States
Jurisdiction Case
Obtain
Attorney

the facts as pleaded fail to state a claim for relief that is 'plausible on its face.' " *Leonard v. F.B.I.*, No. 10-12896, 2010 WL 5071835, *1 (11th Cir. Dec. 14, 2010) (quoting *Ashcroft v. Iqbal*, 556 U.S. ----, 129 S. Ct. 1937, 1949 (2009)). This means that "[t]he 'plaintiff's obligation to provide the 'grounds' of his 'entitlement to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do.' " *Id.* (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

The Court concludes that it needs additional information before it can conduct the frivolity review. It appears that Plaintiff seeks to bring two causes of action: (1) a cause of action for age discrimination; and (2) a cause of action for retaliation. Plaintiff's complaint, as currently pleaded, is unclear, so the Court **DIRECTS** Plaintiff to file an amended complaint on or before Wednesday, September 14, 2011, that complies with the directions below.

*A.    Age Discrimination*

Plaintiff appears to complain that he experienced age discrimination based on the following circumstances: (1) harassment; (2) suspensions; and (3) poor evaluations.

AO 72A
(Rev.8/8
2)

Case 1:11-CV-02766
CAP

Walton acKnowledge
Serrano / EEOC Investigator
In His / eeoc complaint
but Walton Lost His
Documents, Corp. of Publix
has these Documents about
elevations, & About parcel
Payment through Georgia
Dept of Labor, In LakeLand
, FL. P.O. Box 407. Edwards
Staff told filler of G.DL,
Due to Lack of Hks, Walton
WAS going to School, Which
WAS INvkid & Not True,!!!
Despite doing all the work
(Bulk of it) Volunteers &
(assignments) the Court eXhibts
In Dex (curds) Walton Applied
For parcel / payments / thru G.DL
O7 north point
12/15, 40 listing 04

Aug 17,
2011

1:14-CV-02766-CAP

After Walton being Harassed
by Edwards
Steven, Associated Front service
Clerk,) ya'll Can't get alone
Rocky Cashier Witness and Heads
Publix (Catalogue) Prior to
Suspension
Walton also Reported this to
Georgia Dept of Labor,
Tiller acknowledge, GDL Investigator
Andrew International Blvd, Walton
also acknowledge, EEOC Investigator
Serrano about GDL During
his EEOC Complaints Aug 4, 2011
About Unfairness, & treatment he
has Endure with Edwards, Edwards
Staff Members told GDL Investigator
Tiller, Due to the Lack of Hours
Walton WAS Attending School

① Walton Acknowledge
Lyndall CSM 282 Peach
07 Publix, and Corp
has it IN Lakeland, FL,

② Walton acknowledge
Damien CSM
07 Brohaven
Laskia
New store Chamblee
And Letters & FAX to Brohaven
New store

③ Walton acknowledge
(CSM) Linda Walker (loca Halls)
(post CSM) ~~transfers~~
about transfers

1:11-CV-02766-CAP

3rd MAW 02 Store

Harresment From (Roberts)

404 898-1850    Grocery Mgr
Ansley Mall
Publix

(Break Room) Walton Finished Break Room

Aug.  Walton Finished Break Room
?, Tony walk Into the Break
2o (Room, Don't Look good
Arron, Witness

Aug,  (Backroom) Andrew go
2011   Around causing trouble !!
(Tony Roberts) (Grocery Mgr)

Aug. Andrew Buy some Colgue
10,   & Cleardant
2011   Edwards & Roberts
Grocery
CShu    Mgr
acKnowledge Lead to Walton's
Suspenion Verbally by Shultz
store March!!

1:11-cv-02766 (AP)

Fail to Improve
Fail to go out the way for
Others
(Shoe Shines)
(Professional
Cuffs

Last 7 weeks, Harrese of & Complaints

Best Bank Staff Members
of Sandy Springs, GA. acknowledge
Harressed & unfairness

Charles Lake of Lake Law
Firm, acknowledge Wattons Unfairness
Harres ment (payRoll Stubs) Was
Sent to His office Lenox Rd
Atlanta, GA. 404-521-1529

Corp of Lakeland, FL
also Received Back Stubs
Despite doing most of the
Work vs younger co/workers
Robert Brown!!

CASE 1:11-CV-02766-CAP

① Cause 07, (Aug. 10 2011)
Age discrimination, Walton
believe he was truly discrimate
From Ansley Publix, While Walton
was pushing the Broom,
Walton was verbally accused
by Shultz too Much Colgne
and its all over the Store,
also Walton feels it was
Un fair, and wrongdoing by
Mgr Shultz for suspension 3day
Including N/A after 3rd
Man Tony Roberts Grocery
Mgr Instructed Him to
do so!! Also Edwards (CSM)
had Knowledge of deordant
& Colgne prior to suspensions
Leaving Walton with lost
Wages & No Replacement

② Cause of Actions for Retaliations, Walton believe Edwards had Knowledge of EEOC Complaint, Aug. 10 2011, Walton debate Shutte about too much Cologne in her office, she told ~~Walton~~ You'll be Suspended for 3 days Including N/A Lost Wages  Walton was also sent Home, Hearsay from Assistant Store mgr T.C. H. ouSan about body odor from another Customer on Aug. 16, 2011 & Return on Aug. 17. Wednesday."

Archeodalton
P.O. Box 14635
Atlanta, GA 30324

AUG 26 2011

CLEARED

To Whom:
Re-mail
(Papers)
Documents

United States
Norton Division
75 Spring St.
Atlanta GA
30303

FOREVER



Comments Received:

Resolved by:

Resolution:

Resolved on:

Date

# BestBank

BestBank is a division of Guaranty Bank
Member FDIC · Equal Housing Lender

4920 Roswell Road
Atlanta, GA 30342

Main: (404) 843-1745
Fax: (404) 843-3657

Monday-Friday 10:00 A.M. - 07:00 P.M.
Saturday 10:00 A.M. - 05:00 P.M.
Sunday - Closed

www.bestbank.com

For questions about
your account please
contact our Customer
Service Center at
414-362-4636
or 1-800-235-4636.